The **MASSACHUSETTS INSTITUTE OF TECHNOLOGY and Electronics for Imaging, Inc., Plaintiffs–Appellants,**

v.

**ABACUS SOFTWARE, Defendant,**

and

**Microsoft Corporation, Defendant–Appellee.**

No. 2008–1155.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2008.

Russell B. Hill, Howrey LLP, of Irvine, California, argued for plaintiffs-appellants. With him on the brief were William C. Rooklidge Andrew S. Dallmann, and Alyson G. Barker.

Roy W. Hardin, Locke, Lord, Bissell & Liddell, LLP, of Dallas, Texas, argued for defendant-appellee. With him on the brief was M. Scott Fuller. Of counsel on the brief was Isabella E. Fu, Microsoft Corporation, of Redmond, Washington.

Before MAYER, FRIEDMAN, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

***AFFIRMED.*** *See* Fed. Cir. R. 36.